UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Tiffany Octavia Simmons**,

Soc. Sec. No. xxx-xx-9402
Mailing Address: 4900 Shady Pine Drive, Greensboro, NC 27455-

Debtor.

Case No.: 25-10771

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 11/9/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Regional Acceptance Corporation
C/O CT Corporation System
Attn: Officer
160 Mine Lake Court
Suite 200
Raleigh, NC 27615

Other non-FDIC creditors served:

The Shed Depot Of NC
Attn: Officer
6225 Allisdale Drive
Raleigh, NC 27601-

Ispc, Inc
Attn: Officer
1115 Gunn Hwy, Suite 100
Odessa, FL 33556-

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/9/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Capital One *****<br>Post Office Box 85015<br>Richmond, VA 23285-5075 | City of Greensboro<br>2602 South Elm-Eugene Street<br>Greensboro, NC 27402 | Continental Finance<br>4550 New Linden Hill Road<br>Wilmington, DE 19808 |
| Empower/Finwise<br>660 York Street<br>Suite 102<br>San Francisco, CA 94110 | First Premier Bank****<br>Post Office Box 5524<br>Sioux Falls, SD 57117-5524 | Guilford County Tax Collector ***<br>Attn: Officer<br>Post Office Box 3328<br>Greensboro, NC 27402 |
| Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | ISPC, INC.<br>Attn: Officer<br>1115 Gunn Hwy, Ste 100<br>Odessa, FL 33556 | LVNV Funding/Resurgent Capital<br>Post Office Box 1269<br>Greenville, SC 29602 |
| Moneylion<br>Post Office Box 1547<br>Sandy, UT 84091 | Regional Acceptance Corp.**<br>Attn: Officer/Bankruptcy Dpt<br>Post Office Box 1847<br>Wilson, NC 27894-1847 | Regional Acceptance Corporation<br>C/O CT Corporation System<br>Attn: Officer or Managing Agent<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 |
| Sezzle<br>PO Box 3320<br>Minneapolis, MN 55403 | State Employees' Credit Union***<br>Attn: Officer<br>119 N. Salisbury Street<br>Raleigh, NC 27603 | State Employees' Credit Union****<br>PO Box 25279<br>Raleigh, NC 27611 |
| Synovus/First Digital<br>PO Box 85650<br>Sioux Falls, SD 57118 | The Bank of Missouri<br>Post Office Box 400<br>Dixon, MO 65459 | The Orchard HOA<br>c/o Steven E Black, Reg Agent<br>PO Box 41027<br>Greensboro, NC 27404 |
| The Shed Depot of NC<br>ATTN Officer<br>6225 Allisdale Drive<br>Raleigh, NC 27601 | | |